UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSIE BIGGER, on behalf of herself, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 1:17-cv-7753<br><br>Judge Harry D. Leinenweber |

## NOTICE OF MOTION

TO:    Ryan F. Stephan
           James B. Zouras
           Teresa M. Becvar
           STEPHAN ZOURAS, LLP
           100 N. Riverside Plaza, Ste. 2150
           Chicago, IL 60606

     **PLEASE TAKE NOTICE** that on **Tuesday, April 9, 2019** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge Harry D. Leinenweber,** in **Courtroom 1941** in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge of the United States District Court for the Northern District of Illinois, Eastern Division as may be sitting in his place, and will then and there present the **Facebook, Inc.'s CORRECTED Emergency Motion for Stay and Motion to Certify §1292(B) Interlocutory Appeal,** a copy of which is being served by the Court's CM/ECF system.

                                                                 By:    */s/ Anneliese Wermuth*
                                                                        Anneliese Wermuth

LEGAL\40606940\1

Jason E. Barsanti
Jenny R. Goltz
Joseph P. Campbell
**COZEN O'CONNOR**
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 474-7900
(312) 474-7898
awermuth@cozen.com
jbarsanti@cozen.com
jgoltz@cozen.com
josephcampbell@cozen.com

*Counsel for Defendant Facebook, Inc.*