UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Susie Bigger
                Plaintiff,

v.                                  Case No.: 1:17–cv–07753
                                  Honorable Harry D. Leinenweber

Facebook, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 9, 2019:

      MINUTE entry before the Honorable Harry D. Leinenweber: Ruling on motion hearing held. Motion hearing held. Defendant's motion to stay and certify interlocutory appeal [68] is granted. The case is stayed until the interlocutory appeal is complete. By agreement of the parties, the FLSA statute of limitation is tolled pending the outcome of the interlocutory appeal. The prior version of Defendant's motion [65] is denied as moot. Chamber of Commerce's motion to file amicus brief [72] is denied as moot. Presentment of motion [72] on 4/10/19 is stricken. Status hearing set for 8/28/2019 at 9:00 AM. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.