# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 3, 2019

Before

DIANE S. SYKES, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

AMY C. BARRETT, *Circuit Judge*

| No. 19-8011 | FACEBOOK INC., Petitioner |
| | v. |
| | SUSIE BIGGER, Respondent |

| **Originating Case Information:** |
| District Court No: 1:17-cv-07753 |
| Northern District of Illinois, Eastern Division |
| District Judge Harry D. Leinenweber |

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL**, filed on April 19, 2019, by counsel for the petitioner.

2. **PLAINTIFF-RESPONDENT'S ANSWER IN OPPOSITION TO DEFENDANT-PETITIONER'S PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. §1292(B)**, filed on April 29, 2019, by counsel for the respondent.

3. **MOTION FOR LEAVE TO FILE BRIEF OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA AS AMICUS CURIAE IN SUPPORT OF DEFENDANT-PETITIONER FACEBOOK, INC**., filed on April 22, 2019, by Attorney Andrew Pincus.

No. 19-8011                                                                              Page 2

**IT IS ORDERED** that motion of the Chamber of Commerce of the United States of America to file a brief as amicus curiae is **GRANTED**. The clerk shall file the tendered brief **INSTANTER.**

**IT IS FURTHER ORDERED** that the petition for permission to appeal is **GRANTED.** The petitioner shall pay the required docket fees to the clerk of the district court within fourteen days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.

form name: **c7_Order_3J**(form ID: **177**)

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit